BENJAMIN M. PRICE et al., respondents,

*v.*

NINA P. PATTERSON et al., appellants.

[Argued December 5th, 1911.   Decided March 4th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported *ante p. 448.*

*Messrs. Hartshorne, Insley & Leake,* for the appellants.

*Messrs. Tennant & Haight,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE—13.

*For reversal*—None.